**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8437

KELVIN GOULD,

Plaintiff - Appellant,

v.

NEWPORT NEWS CIRCUIT COURT; OFFICE OF THE PUBLIC DEFENDER
FOR THE CITY OF NEWPORT NEWS, VIRGINIA; ALEXANDER LEVY;
BRIAN KEELEY; OLDRIC J. LABELL, JR.; ROBERT N. PRITCHARD;
ALEXANDRIA CHUN; AARON M. THORNTON, Detective, Newport News
Police Department; AUNDRIA D. FOSTER, Circuit Court Judge;
ARTISHA K. TODD, Assistant District Attorney; REYNOLD W.
JORDAN, JR., Social Worker; LINDA FAIRCLOTH, Social Worker;
EDWARD W. WEBB, Public Defender; PETER S. ECONOMOU, Chief
Deputy Public Defender; DAVID B. OLSON, VSB No. 03662, Law
Offices; JEFFREY C. ROUNTREE, Attorney at Law,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:08-cv-00465-JBF-FBS)

Submitted: February 26, 2009      Decided: March 9, 2009

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Gould, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Gould appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gould v. Newport News Circuit Ct., No. 2:08-cv-00465-JBF-FBS (E.D. Va. Nov. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED